```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   Docket #1:20CR301PKC-005
     -against-                       :   ORDER
                                     :
Sharonne Lewis                       :
                                     :
          Defendant                  :
                                     :
-------------------------------------X
```

P. Kevin Castel, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include mental health evaluation and treatment as directed.

    Dated: New York, New York
           February 2, 2021

SO ORDERED:

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge